IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02277–CMA–KMT

STEVEN JOSHUA KARP,

    Plaintiff,

v.

KIRK G. GARRETT, Correctional Officer, Colorado Department of Corrections, and
WARDEN (Name Unknown), Denver Diagnostic Reception Center,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Based on a review of the docket, Plaintiff's payment history, and Plaintiff's Response to the Court's Order to Show Cause, the Recommendation that this case be dismissed issued on January 3, 2011 (Doc. No. 23) is WITHDRAWN. The Order to Show Cause (Doc. No. 18) is DISCHARGED.

Dated: January 18, 2011